UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**PEGGY FITTS**                                                                                             **PLAINTIFF**

**V.**                                                                 **CAUSE NO. 4:24-cv-00028-DMB-JMV**

**DOLLAR GENERAL CORPORATION**                                             **DEFENDANT**

---

### ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE PARTY

---

This cause is before the Court on Defendant Dollar General Corporation's Unopposed Motion to Substitute Party.

Defendant Dollar General Corporation requests that it be dismissed from this lawsuit without prejudice and that "Dolgencorp, LLC" be substituted in its place as the proper party. Plaintiff Peggy Fitts does not oppose the Defendant's Motion.

Having considered the Motion and noting that Plaintiff does not oppose the Motion, the Court finds that it should be granted.

IT IS THEREFORE ORDERED that:

1. Defendant Dollar General is dismissed from this action without prejudice;

2. Dolgencorp, LLC, is substituted as a party in this action in place of Defendant Dollar General Corporation;

3. The style of this action is amended to show "Dolgencorp, LLC" as the party defendant and not "Dollar General Corporation;" and

4. All pleadings, motions, discovery, notices, and other papers previously served on or by Defendant Dollar General Corporation continue as if previously served on or by substituted Defendant Dolgencorp, LLC.

SO ORDERED on the 22nd day of April, 2024.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE

**Presented by:**

/s/ Dale G. Russell
Dale G. Russell (MSB #10837)
Mark C. Carlson (MSB #5871)
COPELAND, COOK, TAYLOR & BUSH, P.A.
1076 Highland Colony Parkway (39157)
600 Concourse, Suite 200
Post Office Box 6020
Ridgeland, Mississippi 39158
T+601.856.7200
drussell@cctb.com
mcarlson@cctb.com
*Attorneys for Defendant*

**Agreed and approved by:**

/s/ Craig Robert Sessums
Craig Robert Sessums
Steven H. Funderburg
FUNDERBURG, SESSUMS
& PETERSON, PLLC
Post Office Box 13960
Jackson, MS 39236
T+(601) 355-5200
csessums@fsplawfirm.com
sfunderburg@fsplawfirm.com

William R. Striebeck
WILLIAM R. STRIEBECK, P.A.
Post Office Drawer 519
Greenville, MS 38702-0519
T+(662) 378-5450
wmstriebeck@gmail.com
*Attorneys for Plaintiff*